1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11  BYRON RAMIREZ, an individual,      No. 2:21-CV-09523 JAK (AGRx)

12              Plaintiff,              **ORDER RE STIPULATION TO**
                                        **VOLUNTARILY DISMISS ACTION**
13  v.                                  **PURSUANT TO F.R.C.P.**
                                        **41(a)(1)(A)(ii) (DKT. 14)**
14
    WESTERN REFINING RETAIL, LLC,
15  a Delaware Limited Liability Company;
    and DOES 1 through 25, inclusive,
16

17              Defendants.

18
19          Based on a review of the parties' Stipulation to Voluntarily Dismiss Action

20  Pursuant to F.R.C.P. 41(a)(1)(A)(ii) (the "Stipulation" (Dkt. 14)), sufficient good cause

21  has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**.

22  The action is dismissed in its entirety, with prejudice, and with each party to bear their

23  own attorney's fees and costs.

24
25  **IT IS SO ORDERED.**

26
    Dated:  February 25, 2022
27
                                        _____
                                            John A. Kronstadt
28                                          United States District Judge

1